# Exhibit 2

Charted claim:
Method claim: 16

| US9600661B2 | Blackview XPLORE 1 (“The accused product”) |
|---|---|
| 16. In a computer comprising a mass data storage device and an application running on said computer in conjunction with an operating system that manages access to said data storage device, a method of controlling write access to said data storage device by said application comprising:<br><br>***Col 3: Lines 17-24***<br><br>*“If the application 12 is not listed in the rules database 20 or the particular write instruction is not allowed, the manager program 22 can generate a prompt signal to be displayed on the* | The accused product is a computer (e.g., smartphone, etc.) comprising a mass data storage device (e.g., TF Card, etc.) and an application (e.g., applications of the accused product such as Messages application, Settings application, Clock Application, etc.) running on said computer (e.g., the accused product) in conjunction with an operating system (e.g., operating system of the accused product) that manages access to said data storage device (e.g., TF Card, etc.), a method of controlling write access (e.g., denying or allowing file write access) to said data storage device (e.g., TF Card, etc.) by said application (e.g., applications of the accused product such as Messages application, Settings application, Clock Application, etc.).<br><br>The accused product is a mobile device comprising a mass data storage device such as a TF Card. It comprises an operating system. The accused product includes multiple applications such as the Messages application, Settings application, Clock Application, etc., that have different level of file permissions such as read access, write access to read files, write files, etc. Once, write access attempt is made by the application, the accused product retrieves the configured permission for that application and manages the file write access such as allow or deny the write access based on the permission, thereby controlling write access to data storage. |

<table>
<tr>
<td>computer screen, requiring the user to make a decision on whether or not to allow the write instruction. This prompt can have a number of responses for the user to choose, such as “Allow write access”, “Block write access” and “Allow write access to this file type only”.”</td>
<td>

https://store.blackview.hk/en-us/products/xplore-1-price</td>
</tr>
</table>

Hardware

| | |
|---|---|
| CPU | MediaTek Dimensity 7050 (6nm), Octa-core, Up to 2.4GHz |
| CPU Clock | ARM Cortex-A78 cores @ 2.4GHz*2， ARM Cortex-A55 cores @ 2.0GHz*6 |
| GPU | ARM Mali-G68 MC4 |
| RAM | 12GB/16GB |
| RAM Type | LPDDR5 |
| ROM | 256GB/512GB |
| ROM Type | UFS3.1 |
| TF Card Slot | YES |
| Max TF Card Capacity | 2TB |
| USB | TYPE-C |

https://store.blackview.hk/en-us/products/xplore-1-price




*Source: Image of the accused Product.*

| | |
|---|---|
| |   *Source: Image of the accused Product.* |




*Source: Image of the accused Product.*




*Source: Image of the accused Product.*




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*

| | |
|---|---|
| |  *Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.* |
| detecting using a process | The accused product discloses detecting using a process operating in kernel mode |

<table>
<tr>
<td>operating in kernel mode monitoring file system access an attempt by the application to write data of a designated file type to said data storage device;</td>
<td>
monitoring file system access (e.g., kernel module monitor file access) an attempt by the application (e.g., applications of the accused product such as Messages application, Settings application, Clock Application, etc.) to write data (e.g., read, write files, etc.) of a designated file type (e.g., .pdf, .doc, etc.) to said data storage device (e.g., TF Card, etc.).<br><br>
As shown, the accused product includes kernel module to operate in kernel mode and monitor different level of file access such as read access, write access to read files, write files, etc., to manage write access of designated file types such as pdf, .doc, etc. to the memory of the accused product.<br><br>
Hardware
<table>
<tr><td>CPU</td><td>MediaTek Dimensity 7050 (6nm), Octa-core, Up to 2.4GHz</td></tr>
<tr><td>CPU Clock</td><td>ARM Cortex-A78 cores @ 2.4GHz*2， ARM Cortex-A55 cores @ 2.0GHz*6</td></tr>
<tr><td>GPU</td><td>ARM Mali-G68 MC4</td></tr>
<tr><td>RAM</td><td>12GB/16GB</td></tr>
<tr><td>RAM Type</td><td>LPDDR5</td></tr>
<tr><td>ROM</td><td>256GB/512GB</td></tr>
<tr><td>ROM Type</td><td>UFS3.1</td></tr>
<tr><td>TF Card Slot</td><td>YES</td></tr>
<tr><td>Max TF Card Capacity</td><td>2TB</td></tr>
<tr><td>USB</td><td>TYPE-C</td></tr>
</table>
https://store.blackview.hk/en-us/products/xplore-1-price
</td>
</tr>
</table>




*Source: Image of the accused Product.*

| | |
|---|---|
| | A kernel is the essential foundation of a computer's operating system (OS). It's the core that provides basic services for all other parts of the OS. It's the main layer between the OS and underlying computer hardware, and it helps with tasks such as process and memory management, inter-process communication, file system management, device control and networking.<br><br>https://www.techtarget.com/searchdatacenter/definition/kernel<br><br>**Kernel mode**<br><br>Kernel mode refers to the processor mode that enables software to have full and unrestricted access to the system and its resources. Kernel mode is used by the OS kernel and its core services, including device drivers, system calls and interrupt handlers.<br><br>https://www.techtarget.com/searchdatacenter/definition/kernel<br><br>• **Character device drivers.** These implement, open, close, read and write data, as well as grant data stream access for the user space.<br><br>https://www.techtarget.com/searchdatacenter/definition/kernel |

<table>
<tr>
<td></td>
<td>



*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*
</td>
</tr>
</table>




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*

| | |
|---|---|
| | <br>*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.* |
| in response to said | The accused product discloses in response to said attempt (e.g., attempt to read, write |

| | |
|---|---|
| attempt, retrieving a permission value from a database comprised of data elements encoding at least one permission value associated with the application; and<br><br>***<u>Col 2: Lines 35-48</u>***<br><br>*"Practitioners of ordinary skill will recognize that the rule database is a set of entries or references in a data structure where the identity of an application is paired with one or more permission values, which encode the write access levels<u>. A rule is therefore one or more permission values associated with an application. A rule can also include the signature of the application</u>, which is used in embodiments where the application* | files, etc.), retrieving a permission value (e.g., configured permission) from a database (e.g., database of the accused product) comprised of data elements (e.g., permission data) encoding (e.g., including) at least one permission value (e.g., configured permission) associated with the application (e.g., applications of the accused product such as Messages application, Settings application, Clock Application, etc.).<br><br>As shown, the accused product is a mobile device comprising a mass data storage device such as a TF Card. It comprises an operating system. It includes kernel module to operate in kernel mode and monitor different level of file access permission such as read access, write access to read files, write files, etc., to manage write access of designated file types such as pdf, .doc, etc. to the memory of the accused product. Once, write access attempt is made by the application, the accused product retrieves the configured permission for that application and manages the file write access such as allow or deny the write access based on the permission, thereby controlling write access to data storage. |

<table>
<tr>
<td>code is checked to be sure it has not been tampered with. A rule that is transmitted to a computer for updating the database will preferably include a reference to the application, which may be the name of the application, and the associated <u>permission values for the permitted or denied write access levels, and may include the associated signature</u>.”</td>
<td>
Hardware
<table>
<tr><td>CPU</td><td>MediaTek Dimensity 7050 (6nm), Octa-core, Up to 2.4GHz</td></tr>
<tr><td>CPU Clock</td><td>ARM Cortex-A78 cores @ 2.4GHz*2， ARM Cortex-A55 cores @ 2.0GHz*6</td></tr>
<tr><td>GPU</td><td>ARM Mali-G68 MC4</td></tr>
<tr><td>RAM</td><td>12GB/16GB</td></tr>
<tr><td>RAM Type</td><td>LPDDR5</td></tr>
<tr><td>ROM</td><td>256GB/512GB</td></tr>
<tr><td>ROM Type</td><td>UFS3.1</td></tr>
<tr><td>TF Card Slot</td><td>YES</td></tr>
<tr><td>Max TF Card Capacity</td><td>2TB</td></tr>
<tr><td>USB</td><td>TYPE-C</td></tr>
</table>
https://store.blackview.hk/en-us/products/xplore-1-price
</td>
</tr>
</table>




*Source: Image of the accused Product.*




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*

| | |
|---|---|
| | <br>*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.* |
| controlling write access | The accused product discloses controlling write access (e.g., denying or allowing file write |

| | |
|---|---|
| to the data storage device by the application in dependence on said permission value.<br><br>***<u>Col 2: Lines 35-48</u>***<br><br>*"Practitioners of ordinary skill will recognize that the rule database is a set of entries or references in a data structure where the identity of an application is paired with one or more permission values, which encode the write access levels<u>. A rule is therefore one or more permission values associated with an application. A rule can also include the signature of the application</u>, which is used in embodiments where the application code is checked to be sure it has not been tampered with. A rule* | access) to the data storage device (e.g., a mass data storage device such as a TF Card, etc.) by the application (e.g., applications of the accused product such as Messages application, Settings application, Clock Application, etc.) in dependence on said permission value (e.g., configured permission).<br><br>As shown, the accused product is a mobile device comprising a mass data storage device such as a TF Card. It comprises an operating system. It includes kernel module to operate in kernel mode and monitor different level of file access permission such as read access, write access to read files, write files, etc., to manage write access of designated file types such as pdf, .doc, etc. to the memory of the accused product. Once, write access attempt is made by the application, the accused product retrieves the configured permission for that application and manages the file write access such as allow or deny the write access based on the permission, thereby controlling write access to data storage. |

<table>
<tr>
<td>

*that is transmitted to a computer for updating the database will preferably include a reference to the application, which may be the name of the application, and the associated <u>permission values for the permitted or denied write access levels, and may include the associated signature</u>.”*

***<u>Col 3: Lines 17-24</u>***

*“If the application 12 is not listed in the rules database 20 or the particular write instruction is not allowed, the manager program 22 can generate a prompt signal to be displayed on the computer screen, requiring the user to make a decision on*

</td>
<td>

Hardware

<table>
<tr><td>CPU</td><td>MediaTek Dimensity 7050 (6nm), Octa-core, Up to 2.4GHz</td></tr>
<tr><td>CPU Clock</td><td>ARM Cortex-A78 cores @ 2.4GHz*2， ARM Cortex-A55 cores @ 2.0GHz*6</td></tr>
<tr><td>GPU</td><td>ARM Mali-G68 MC4</td></tr>
<tr><td>RAM</td><td>12GB/16GB</td></tr>
<tr><td>RAM Type</td><td>LPDDR5</td></tr>
<tr><td>ROM</td><td>256GB/512GB</td></tr>
<tr><td>ROM Type</td><td>UFS3.1</td></tr>
<tr><td>TF Card Slot</td><td>YES</td></tr>
<tr><td>Max TF Card Capacity</td><td>2TB</td></tr>
<tr><td>USB</td><td>TYPE-C</td></tr>
</table>

https://store.blackview.hk/en-us/products/xplore-1-price

</td>
</tr>
</table>

<table>
<tr>
<td>

*whether or not to allow the write instruction. <u>This prompt can have a number of responses for the user to choose, such as "Allow write access", "Block write access" and "Allow write access to this file type only".</u>"*

</td>
<td>




*Source: Image of the accused Product.*

</td>
</tr>
</table>




*Source: Image of the accused Product.*

| | |
|---|---|
| | <br>*Source: Image of the accused Product.* |




*Source: Image of the accused Product.*

| | |
|---|---|
| | <br><br>*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.* |




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*




*Source: Image from a reverse engineering tool displaying permissions available to the applications of the accused product.*